# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MAX FAUST,

        Petitioner

        v.

BAYERISCHE MOTOREN WERKE AG
AND BMW OF NORTH AMERICA, LLC
A/K/A "BMW, NA" AND/OR "BMW" AND
TAKATA CORPORATION AND TK
HOLDINGS, INC AND N&H, LLC D/B/A
HANNA MOTORS,

        Respondents

:  No. 293 EAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**. The Notice of Occurrence of Bankruptcy Effective Date and Request for Dismissal filed by TK Holdings is denied as moot without prejudice to TK Holdings to raise in the trial court, to the extent it deems it necessary.